**Glenn Alan SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD41806.**

Missouri Court of Appeals,
Western District.

Nov. 21, 1989.

Craig A. Johnson, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).